IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WESTFIELD INSURANCE COMPANY | : | NO. 16-4634 |

# **ORDER**

**AND NOW**, this 27th day of September, 2017, upon consideration of the "Defendant Westfield Insurance Company's Motion to Dismiss Plaintiff's Complaint" (Docket No. 10), and all documents filed in connection therewith, and after oral argument on the Motion on September 25, 2017, and for the reasons stated in the Memorandum filed on this date, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the Complaint is **DENIED**.

BY THE COURT:


/s/ John R. Padova_____
John R. Padova, J.